IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
                                    )       Misc. No.: *10-121*
        v.                          )
                                    )       (Related to Criminal No. 06-7)
THOMAS J. COUSAR,                   )
                                    )
                Defendant.          )

ORDER OF COURT

AND NOW, this ___24th___ day of ___April_____, 2010, upon consideration of the

United States' Application for Writ of Execution, the Clerk of the United States District Court is hereby

ordered to issue a Writ of Execution.

_____
UNITED STATES DISTRICT JUDGE